Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
JOVILINA BUSTO

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVILINA BUSTO,<br><br>　　　　Plaintiff,<br>　vs.<br><br>ALAN L. ROSEN d/b/a ROSEN & LOEB, STEVE SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB and DOES 1-10,<br><br>　　　　Defendant. | **Case No.: 5:12-cv-05217-EJD**<br><br>NOTICE OF SETTLEMENT |

　　　　NOW COMES the Plaintiff, JOVILINA BUSTO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

　　　　Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: 8/13/2013　　　　　　　　　KROHN & MOSS LTD

　　　　　　　　　　　　　　　　　　/s/ Ryan Lee
　　　　　　　　　　　　　　　　　　Ryan Lee, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　JOVILINA BUSTO

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on August 13, 2013, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Ryan Lee
      Ryan Lee, Esq.