IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOVILNA BUSTO, | CASE NO. 5:12-cv-05217 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| ALAN B. ROSEN, et. al., | |
| Defendant(s). | |

Having reviewed the parties Joint Statement (<u>see</u> Docket Item No. 38) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for October 11, 2013, is CONTINUED to **November 15, 2013, at 10:00 a.m.** in order to allow the parties additional time to finalize the settlement documents. On or before **November 8, 2013**, the parties shall file an updated joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **November 8, 2013.**

**IT IS SO ORDERED.**

Dated: October 7, 2013

EDWARD J. DAVILA
United States District Judge