1  David J. Kaminski, Esq. (State Bar No. 128509)
   Kaminskid@cmtlaw.com
2  Stephen Watkins, Esq. (State Bar No.205175)
   Watkinss@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendants, ALAN ROSEN d/b/a
   ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a
7  ROSEN & LOEB, ROSEN & LOEB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOVILNA BUSTO, | ) CASE NO.: 5:12-cv-05217-EJD |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| ALAN L. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB and DOES 1-10, | ) |
| Defendants. | ) |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

{00009659.DOC;1}

Stipulation to Dismiss
CASE NO.: 5:12-cv-05217-EJD

PLEASE TAKE NOTICE that Plaintiff JOVILNA BUSTO, an Individual ("Plaintiff"), through her counsel or record, Ryan Lee of Krohn & Moss, Ltd., and Defendants ALAN B. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB ("Defendants"), through their counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss the above-entitled action, in its entirety, without prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  The Parties request the court to retain jurisdiction for settlement purposes only.

Each party to bear their own costs and expenses.

DATED: October 10, 2013            KROHN & MOSS, LTD.


                                   By:   /s/ Ryan Lee
                                         Ryan Lee
                                         Attorneys for Plaintiff,
                                         JOVILNA BUSTO

DATED: October 10, 2013            CARLSON & MESSER, LLP


                                   By:   /s/ David J. Kaminski
                                         David J. Kaminski
                                         Stephen Watkins
                                         Attorneys for Defendants,
                                         ALAN L. ROSEN d/b/a ROSEN & LOEB,
                                         STEVEN SCOTT LOEB d/b/a ROSEN & LOEB,
                                         ROSEN & LOEB

{00009659.DOC;1}

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ryan Lee, counsel for Plaintiff, and that I have obtained Mr. Lee's authorization to affix his electronic signatures to this document.

Dated:  October 10, 2013            By:  /s/ David J. Kaminski
                                         David J. Kaminski

{00009659.DOC;1}

# **CERTIFICATE OF SERVICE**

I hereby certify that on this **10th** day of **October**, **2013**, a true and accurate copy of the foregoing **STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address(es):

rlee@consumerlawcenter.com

By: /s/David J. Kaminski
David J. Kaminski

{00009659.DOC;1}