UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOVILNA BUSTO,<br><br>        Plaintiff,<br><br>vs.<br><br>ALAN L. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB and DOES 1-10,<br><br>        Defendants. | CASE NO.: 5:12-cv-05217-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

The Court has reviewed the Stipulation of Plaintiff JOVILNA BUSTO and Defendants ALAN B. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB to dismiss without prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, without prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**   The Clerk shall close this file.

DATED: 10/15/2013

_____
Edward J. Davila
United States District Judge