**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOVILNA BUSTO,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALAN L. ROSEN d/b/a ROSEN & LOEB, STEVEN SCOTT LOEB d/b/a ROSEN & LOEB, ROSEN & LOEB and DOES 1-10<br><br>          Defendant. | Case No.: 5:12-cv-05217-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  8/11/2014

_____
Edward J. Davila
United States District Judge

---

[Proposed] Order